AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JULIO VIANA
dob: 6/6/68

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1672-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 2004 until present__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) operate an unlicensed money transmitting business and did structure financial transactions to evade reporting requirements

in violation of Title __18__ United States Code, Section(s) __1960(a) and 31 USC Section 5324(a)(3)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-05                                  at       Boston, Massachusetts
Date                                                  City and State

CHARLES B. SWARTWOOD III
CHIEF UNITED STATES MAGISTRATE JUDGE        _____
Name & Title of Judicial Officer                                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.