UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. () |
| | ) | |
| JULIO VIANA, | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America, by Michael J. Sullivan, U.S. Attorney, and Nadine Pellegrini, Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to unseal the affidavit in support of the criminal complaint in the above-captioned matter.

As grounds, the Government represents that defendant is in custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Nadine Pellegrini
NADINE PELLEGRINI
Assistant U.S. Attorney

Date: 6/24/05