AO 470  (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JULIO VIANA<br>_Defendant_ | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case Number: 05-1672-CBS |

Upon motion of the _____Government_____ , it is ORDERED that a detention hearing is set for _____6/30/2005_____ * at _____11:00 am_____
                                                                                       _Date_                                _Time_

before _____Charles B. Swartwood, III_____
             _Name of Judicial Officer_

Worcester, MA
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____) and produced for the hearing.
                                                                                                                                              _Other Custodial Official_

Date:  6/28/2005                              /s/ Charles B. Swartwood, III
                                                                       _Judge_

Digitally signed by /s/ Charles B. Swartwood, III
DN: CN = /s/ Charles B. Swartwood, III, C = US
Date: 2005.06.28 16:04:23 -04'00'

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.