AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

─────────── DISTRICT OF ───────────

filed in open court 6/30/05 (BR)

UNITED STATES OF AMERICA

V.

Julio Viana

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-1672-CBS

I, _____Julio Viana_____, charged in a (complaint) (petition) pending in this District with (1) Operating Unlicensed Money Transmitting Business (2) Structure Financial Transactions to Evade Reporting Requirements in violation of Title ___18 USC §1960 ; 31 USC §5324(a)(3)___ U.S.C. _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____/s/ Julio F. Viana_____
Defendant

_____/s/ [signature]_____
Counsel for Defendant

06/30/05
Date