AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

MARIO VIANA, JULIO VIANA

**EXHIBIT AND WITNESS LIST**

Case Number: 05-1672-CBS, 05-1673-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY PELLEGRINI | DEFENDANT'S ATTORNEY COX, RANDALL |
|---|---|---|
| TRIAL DATE(S) 6/30/2005, 7/7/2005 | COURT REPORTER 11:21 A | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses |
|  |  | 6/30/05 |  |  | Derek Dunn |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 6/30/05 | X | X | Chart Summarizing dates Dft Mario Left Country |
| 2 |  | 6/30/05 | X | X | Documents Found on Mario Viana when re-entering USA on 3/25/2005 |
| 3 |  | 6/30/05 | X | X | Wire Transfer request and authorization by Tatiana P. Viana |
|  | A | 7/7/05 | X | X | Receipt for Jewels as to Mario Viana |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages