IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05 CR 10203 RWZ**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **COUNTS ONE-TWO:** 8 U.S.C. §1324(a)(1)(A)(i)(II) - Aiding and Abetting Alien Smuggling |
| v. | : | |
| (1) MARIO VIANA<br>(2) JULIO VIANA | : | **COUNTS THREE-FOUR:** 8 U.S.C. §1324(a)(2)(B)(ii) - Alien Smuggling For Private Financial Gain |
| | : | **COUNT FIVE:** 18 U.S.C. §1960 - Unlicensed Money Remitting |
| | : | **COUNTS SIX-EIGHTEEN:** 31 U.S.C. §5324(a)(3) - Structuring Financial Transactions |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE:
### 8 U.S.C. §1324(a)(1)(A)(i)(ii) - Aiding and Abetting Alien Smuggling

Beginning on a date unknown to the Grand Jury and continuing until at least March of 2004, in the District of Massachusetts and elsewhere,

**MARIO VIANA**

the defendant herein, knowing that a person is an alien, aided and abetted bringing to and attempting to bring to the United States in any manner whatsoever, an alien, at a place other than a designated port of entry or place other than as designated by

the Commissioner, regardless of whether such alien received prior official authorization to come to, enter and reside in the United States and regardless of any future official action which might be taken with respect to such alien, which offense was done for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i); Title 8, United States Code, Section 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

### COUNT TWO:
### 8 U.S.C. §1324(a)(1)(A)(i)(ii) - Aiding and Abetting Alien Smuggling

Beginning on a date unknown to the Grand Jury and continuing until at least May of 2004, in the District of Massachusetts and elsewhere,

### MARIO VIANA

the defendant herein, knowing that a person is an alien, aided and abetted bringing to and attempting to bring to the United States in any manner whatsoever, an alien, at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such alien received prior official authorization to come to, enter and reside in the United States and regardless of any future official action which might be taken with respect to such alien, which offense was done for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i); Title 8, United States Code, Section 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT THREE:
### 8 U.S.C. §1324(a)(2)(B)(ii)- Alien Smuggling

Beginning on a date unknown to the Grand Jury and continuing until March of 2004, in the District of Massachusetts and elsewhere,

### MARIO VIANA

the defendant herein, knowing or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter and reside in the United States, brings to and attempts to bring to the United Sates in any manner whatsoever, such alien, regardless of any official action which may later be taken with respect to such alien and the offense was for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT FOUR:
**8 U.S.C. §1324(a)(2)(B)(ii)- Alien Smuggling**

Beginning on a date unknown to the Grand Jury and continuing until May of 2004, in the District of Massachusetts and elsewhere,

**MARIO VIANA**

the defendant herein, knowing or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter and reside in the United States, brings to and attempts to bring to the United Sates in any manner whatsoever, such alien, regardless of any official action which may later be taken with respect to such alien and the offense was for the purpose of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT FIVE:
## 18 U.S.C. §1960- Illegal Money Remitting

Beginning on or about January 6, 2004 and continuing until on or about April 7, 2005, in the District of Massachusetts and elsewhere,

**MARIO VIANA and JULIO VIANA**

the defendants herein, knowingly conducted, controlled, managed, supervised, directed and owned all or part of an unlicensed money transmitting business.

All in violation of Title 18, United States Code, Section 1960 and Title 18, United States Code, Section 2.

The Grand Jury further charges:

**COUNTS SIX- EIGHTEEN:**
**31 U.S.C. §5324(a)(3)- Structuring Financial Transactions**

On or about the dates listed below, in the District of Massachusetts and elsewhere,

**JULIO VIANA**

the defendant herein, for the purpose of evading the reporting requirements of Section 5313(a) and 5325 and any regulation prescribed under any such section, the reporting and recordkeeping requirements imposed by any order issued under Section 5326 and the recordkeeping requirements imposed by any regulation prescribed under Section 21 of the Federal Deposit Insurance Act and Section 123 of Public Law 91-508, did structure and assist in structuring and attempt to structure and assist in structuring the transaction listed below with one or more domestic financial institutions.

| **COUNT** | **DATE** | **TIME** | **AMOUNT** |
|---|---|---|---|
| SIX | 02/03/2004 | | $9,000.00 |
| SEVEN | 02/04/2004 | | $9,000.00 |
| EIGHT | 02/05/2004 | | $9,000.00 |
| NINE | 02/06/2004 | | $9,500.00 |
| TEN | 02/07/2004 | | $9,500.00 |
| ELEVEN | 03/24/2004 | 9:48 AM | $6,000.00 |
| TWELVE | 03/24/2004 | 12:54 PM | $5,000.00 |

| | | | |
|---|---|---|---|
| THIRTEEN | 07/08/2004 | 11:22 AM | $ 8,500.00 |
| FOURTEEN | 07/08/2004 | 12:13 PM | $10,000.00 |
| FIFTEEN | 07/17/2004 | 11:34 AM | $ 8,000.00 |
| SIXTEEN | 07/17/2004 | 12:22 PM | $ 9,000.00 |
| SEVENTEEN | 07/21/2004 | 9:16 AM | $ 9,500.00 |
| EIGHTEEN | 07/21/2004 | 11:14 AM | $ 1,500.00 |

All in violation of Title 31, United States Code, Section 5324(a)(3), 31 CFR §103.22(b)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                August 10, 2005


Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

8/10/05
@ 2:18pm

☙JS 45 (5/97) - (Revised USAO MA 6/29/04)          05 CR 10203 RWZ

**Criminal Case Cover Sheet**                             U.S. District Court - District of Massachusetts

Place of Offense: _____  Category No. __II__  Investigating Agency __ICE/IRS__

City    __Peabody__                Related Case Information:

County  __Essex__                  Superseding Ind./ Inf. _____  Case No. _____
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number   __05-1673-CBS__
                                   Search Warrant Case Number     __05-1671-CBS__
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __MARIO VIANA__                    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): __1965__  SSN (last 4 #): ____  Sex __M__  Race: __H__    Nationality: __BRAZILIAN__

Defense Counsel if known:  __Roger Cox__           Address: _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA  __N. PELLEGRINI__                            Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No         List language and/or dialect:  __Portuguese__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:  __June 28, 2005__

☒ Already in Federal Custody as _____ in __Massachusetts__ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _____

                Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  8/10/05           Signature of AUSA: _[signature]_

**05 CR 10203 RWZ**

≈JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1324 | Alien Smuggling | 1-4 |
| Set 2  18 USC 1960 | Unlicensed Money Remitter | 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                                       U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE/IRS

**City** Peabody   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05-1672-CBS
Search Warrant Case Number   05-1671-CBS
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** JULIO VIANA   **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1968   **SSN (last 4 #):** _____   **Sex** M   **Race:** H   **Nationality:** BRAZILIAN

**Defense Counsel if known:** Glenn Randall   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** N. PELLEGRINI   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes  ☐ No   **List language and/or dialect:** Portuguese

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

## Location Status:

**Arrest Date:** June 28, 2005

☒ Already in Federal Custody as _____ in   Massachusetts
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/10/05   **Signature of AUSA:** /s/ Nadine Pellegrini

05 CR 10203 RWZ

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1960 | Unlicensed Money Remitting | 5 |
| Set 2 | 31 USC 5324(a)(3) | Structuring Financial Transactions | 6-18 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**