# ROGER WITKIN

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024

August 18, 2005

Lisa Roland, Courtroom Clerk for
Honorable Charles B. Swartwood, III
Federal Courthouse
595 Main Street
Worcester, MA 01602 2076

RE:   **UNITED STATES V. JULIO VIANA**
      **CRIMINAL NO. 05 10203 RWZ**

Dear Ms. Roland:

Would you kindly enter my appearance in behalf of the defendant Julio Viana in the above entitled matter.

My BBO number is 531780.

Thank you very much.

Very truly yours,

ROGER WITKIN

/slw

c.c.   AUSA Nadine Pellegrini
       client
       Glen P. Randall, Esq.