# ROGER WITKIN

ATTORNEY AT LAW
6 BEACON STREET
BOSTON, MASSACHUSETTS 02108

TEL (617) 523-0027
FAX (617) 523-2024

September 30, 2005

Lisa Roland, Courtroom Clerk for
Honorable Charles B. Swartwood, III
Federal Courthouse
595 Main Street
Worcester, MA 01602 2076

RE: **UNITED STATES V. JULIO VIANA**
    **CRIMINAL NO. 05 10203 RWZ**

Dear Ms. Roland:

I note that the Viana matter is on for a status conference on October 12, 2005 at 2:00 p.m.

I anticipate, perhaps incorrectly, that that would be done by telephone.

However, I am starting the trial of *United States v. Anthony Raymond* before Judge Tauro and a jury on October 11, 2005.

Judge Tauro's trial day is from 10:00 a.m. to 1:00 p.m. and from 2:15 p.m. to 4:30 p.m.

I frankly think that I may be unavailable for the conference.

However, if you want to reach me at 2:00 p.m. that day I will have my cell phone with me, 617 755 8832.

I hope that I do not cause you or the Court inconvenience.

Thank you for your assistance in this matter.

Very truly yours,

ROGER WITKIN

/slw
c.c.  AUSA Nadine Pellegrini
      Geoffrey Nathan, Esq.