# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA,  )<br>                              )<br>                              )<br>        v.                    )<br>                              )<br>MARIO VIANA and               )<br>JULIO VIANA,                  )<br>        Defendants,           )<br>_____) | **CRIMINAL ACTION**<br>**NO. 05-10203-RWZ** |

### INITIAL STATUS REPORT
### October 13, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1.  Discovery

This case involves a great deal of discovery which the Government anticipates will consist of approximately 15,000 documents. The Government is in the process of making copies of relevant documents in order to send them to counsel for the Defendants for them to review with their clients. Additionally, counsel for the Defendants have sent discovery request letters to the Government and the Government shall respond to those letters by November 3, 2005. Counsel for the Defendants have requested additional time after November 3, 2005, to review and have their clients review this discovery. This review is made more difficult

as a result of the Viana brothers being detained pending trial. Therefore, I have granted their request for an extended period within which to review the discovery produced by the Government in this case.

2. Further Status Conference

A further status conference shall be held in this case on January 11, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and with the assent of counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from September 14, 2005 (date of expiration of prior order of excludable time) through January 11, 2006 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, March 22, 2006.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE