UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                             )<br>)<br>MARIO VIANA and           )<br>JULIO VIANA,                 )<br>       Defendants,           )<br>                                    ) | **CRIMINAL ACTION**<br>**NO. 05-10203-RWZ** |

ORDER OF EXCLUDABLE TIME
October 13, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 14, 2005 (date of expiration of prior order of excludable time) through January 11, 2006 (date by which discovery should be completed)) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE