### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )   CRIMINAL ACTION
                              )   NO. 05-10203-RWZ
MARIO VIANA and               )
JULIO VIANA,                  )
        Defendants,           )
_____)
```

### FINAL STATUS REPORT
### December 21, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Zobel, J. to whom this case is assigned:

1. <u>Rule 11 Hearing</u>

Messrs. Mario and Julio Viana appeared before me today for their arraignment in connection with the Superseding Indictment returned in this case. At that time, both counsel requested that this case be returned to Judge Zobel for a Rule 11 hearing. I have granted that request. Counsel are not sure at this time whether a change of plea will be with or without an agreement.

2. <u>Excludable Time</u>

With the assent of the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through January 11, 2006. Therefore, assuming no

further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, March 22, 2006</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE
</pre>