# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>05-10203-RWZ |
|---|---|
| DEFENDANT<br>Mario Viana | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br><br>PUBLICATION<br><br>Address (Street or RFD / Apt. # / City, State, and Zip Code) |
|---|---|

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture.

NES x3280

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>June 14, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman, Forfeitures Specialist<br>U.S. Customs and Border Protection | | |

REMARKS:
The above descrived Order was published in the Boston Herald newspaper as instructed above. Published on June 28, July 5 and July 12, 2006. A copy of the Publisher's Certificate is attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this __11th__ day of __August__ A.D. 20 __06__ personally appeared before the undersigned, a Notary Public, within and for the said county, __Madeleine M. Sheehan__

of the __Boston Herald__ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

__No. 05-10203-RWZ__ advertisement was published in said newspaper in its issues of

__June 28, Jly 5, 12__ A.D. 20 __06__

_Madeleine M Sheehan_

Subscribed and sworn to before me this __11th__ day of __August__ A.D. 20 __06__

_Barbara Long_
Notary Public

---

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF ORDER OF FORFEITURE**

Criminal Case No. 05-10203-RWZ

United States of America, District of Massachusetts, at Boston, Massachusetts.

Notice is hereby given that: on June 5, 2006, a preliminary Order of Forfeiture was entered, pursuant to 21 U.S.C. s853(n) and 28 U.S.C. s2461, incorporated by reference in 18 U.S.C. s982, against Defendant Mario Viana's interest in $5,402.00 in United States Currency;

Pursuant to the provisions set forth in 21 U.S.C. s853(n) (2) and (3), any person, other than the Defendant, asserting a legal interest in any of the assets set forth above within thirty (30) days of the final publication of the notice or upon receipt of direct written notice, whichever is earlier, must file a petition with the United States District Court for the District of Massachusetts requesting a hearing to adjudicate the validity of his or her interest in the assets, and the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the assets, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the assets, any additional facts supporting the petitioner's claim, and the relief sought. The petition must also be served upon the United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, Attention: Asset Forfeiture Unit, within the thirty (30) day period provided under 21 U.S.C. s 853 (n).

Upon adjudication of all third party interests, the Court will enter a final order of forfeiture in which all such interests will be addressed. At that time, the United States of America intends to dispose of the above-described assets in accordance with law.

Jun 28, Jly 5, 12