

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>05-10203-RWZ |
|---|---|
| DEFENDANT<br>Mario Viana | TYPE OF PROCESS<br>**Preliminary Order of Forfeiture** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br><br>Sandra Viana<br><br>Address (Street or RFD / Apt. # / City, State, and Zip Code)<br><br>111 Central Street<br>Peabody, MA 01960 |
|---|---|

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above named individual by confirmation delivery.

NES x3280

| Signature of Attorney or other Originator requesting service on behalf of | [ X ] Plaintiff<br>[   ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>8/22/2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman, Forfeitures Secialist<br>U.S. Customs & Border Protection | | |

REMARKS: The above described Order was served by USPS Delivery Confirmation. Copy of USPS Track and Confirm Results attached. Mailed on August 25, 2006. Postal records indicate delivery on August 29, 2006. Receipt #0305 0830 0001 0306 3327.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY






**UNITED STATES POSTAL SERVICE®**

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **0305 0830 0001 0306 3327**
Detailed Results:

- **Delivered, August 29, 2006, 12:16 pm, BEVERLY, MA 01915**
- **Undeliverable as Addressed, August 26, 2006, 9:46 am, PEABODY, MA 01960**
- **Arrival at Unit, August 26, 2006, 7:54 am, PEABODY, MA 01960**
- **Acceptance, August 25, 2006, 1:20 pm, BOSTON, MA 02114**

**Track & Confirm**

Enter Label/Receipt Number.

< Back                    Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

---

POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                        9/7/2006